JASON M. FRIERSON
United States Attorney
Nevada Bar Number 7709
JEAN N. RIPLEY
Assistant United States Attorney
United States Attorney's Office
501 South Las Vegas Blvd., Suite 1100
Las Vegas, Nevada 89101
Tel.: 702-388-6336
Jean.Ripley@usdoj.gov

*Attorneys for the United States*

### UNITED STATES DISTRICT COURT
### DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:23-cr-00195-CDS-BNW |
| Plaintiff, | **Stipulation to Continue Response to Motion to Suppress (ECF No. 20)** |
| v. | |
| LEONARD JAMES SHOVE, | **(First Stipulation to Continue)** |
| Defendant. | |

Plaintiff United States of America, by and through its counsel, Jason M. Frierson, United States Attorney, and Jean N. Ripley, Assistant United States Attorney, and defendant Leonard James Shove, by and through his counsel, Rene L. Valladares, Federal Public Defender, and Aden Kahssai, Assistant Federal Public Defender, hereby stipulate and agree to continue the May 20, 2024 deadline for the government to file a response to defendant Leonard James Shove's Motion to Suppress (the "Motion") to May 27, 2024.

The parties enter this stipulation for the following reasons:

1. Due to a conflict, government counsel needs additional time to finalize its response to the Motion.

2. The continuance is not sought for purposes of delay.

3.     Ms. Shove is in custody and agrees to the continuance.

Respectfully submitted this 15th day of May, 2024.

| | |
|---|---|
| RENE VALLADARES | JASON M. FRIERSON |
| Federal Public Defender | United States Attorney |
| */s/ Aden Kahssai* | */s/ Jean N. Ripley* |
| ADEN KAHSSAI | JEAN N. RIPLEY |
| Assistant Federal Public Defender | Assistant United States Attorney |
| *Counsel for Defendant Shove* | *Counsel for the United States* |

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>v.<br><br>LEONARD JAMES SHOVE,<br><br>　　　　Defendant. | Case No. 2:23-cr-00195-CDS-BNW<br><br>**Order to Continue Response<br>to Motion to Suppress (ECF No. 20)** |

　　　Based on the stipulation of counsel, the Court finds that good cause exists to modify the May 20, 2024 deadline for the government to file its response to defendant Leonard James Shove's Motion to Suppress (the "Motion") (ECF No. 20).

　　　IT IS THEREFORE ORDERED that the government's deadline to file a response to the Motion shall be extended from May 20, 2024, to May 27, 2024.

DATED: May 16, 2024

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE