RENE L. VALLADARES
Federal Public Defender
State Bar No. 11479
ADEN KAHSSAI
Assistant Federal Public Defender
Nevada State Bar No. 15581
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Aden_Kahssai@fd.org

Attorney for Leonard James Shove

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>LEONARD JAMES SHOVE,<br><br>  Defendant. | Case No. 2:23-cr-00195-CDS-BNW<br><br>**STIPULATION TO CONTINUE REPLY TO MOTION TO SUPPRESS (ECF 20)**<br>(Second Request) |

IT IS HEREBY STIPULATED AND AGREED, by and between Jason M. Frierson, United States Attorney, and Jean Ripley, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Aden Kahssai, Assistant Federal Public Defender, counsel for Leonard James Shove, that the reply to the motion to suppress (ECF 20) currently due July 1, 2024 be extended to July 8, 2024.

The Stipulation is entered into for the following reasons:

1. Defense needs additional time to consider the government's offer and discuss negotiations.

2. The defendant is incarcerated and does not object to the continuance.

3. The parties agree to the continuance.

4. The additional time requested herein is not sought for purposes of delay, but merely to allow counsel for defendant sufficient time within which to be able to effectively and complete investigation of the discovery materials provided.

5. Additionally, denial of this request for continuance could result in a miscarriage of justice. The additional time requested by this Stipulation is excludable in computing the time within which the trial herein must commence pursuant to the Speedy Trial Act, Title 18, United States Code, Section 3161(h)(7)(A), considering the factors under Title 18, United States Code, Section 3161(h)(7)(B)(i), (iv).

This is the second stipulation to continue filed herein.

DATED this 27th day of June, 2024.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | JASON M. FRIERSON<br>United States Attorney |
| *By: Aden Kahssai*<br>ADEN KAHSSAI<br>Assistant Federal Public Defender | *By: Jean Ripley*<br>JEAN RIPLEY<br>Assistant United States Attorney |

2

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>LEONARD JAMES SHOVE,<br><br>　　　　Defendant. | Case No. 2:23-cr-00195-CDS-BNW |

**ORDER**

IT IS THEREFORE ORDERED that the reply to the motion to suppress (ECF 20) currently due July 1, 2024 be extended to July 8, 2024.

DATED this  28  day of June, 2024.

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE