1  JASON M. FRIERSON
   United States Attorney
2  Nevada Bar Number 7709
   JEAN N. RIPLEY
3  Assistant United States Attorney
   United States Attorney's Office
4  501 South Las Vegas Blvd., Suite 1100
   Las Vegas, Nevada 89101
5  Tel.: 702-388-6336
   Jean.Ripley@usdoj.gov

*Attorneys for the United States*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:23-cr-00195-CDS-BNW |
| Plaintiff, | **Stipulation to Continue Suppression Hearing** |
| v. | |
| LEONARD JAMES SHOVE, | **(Third Stipulation to Continue)** |
| Defendant. | |

Plaintiff United States of America, by and through its counsel, Jason M. Frierson, United States Attorney, and Jean N. Ripley, Assistant United States Attorney, and defendant Leonard James Shove, by and through his counsel, Rene L. Valladares, Federal Public Defender, and Aden Kahssai, Assistant Federal Public Defender, hereby stipulate and agree to continue the suppression hearing currently scheduled for July 29, 2024, at 10:00 a.m., for a period of no less than fourteen (14) days.

The parties enter this stipulation for the following reasons:

1. The parties are engaged in negotiations and need additional time to finalize those negotiations and determine whether resolution of this case is possible without the need to resolve the defendant's motion to suppress.

2. Defense counsel has represented that it needs additional time to prepare for the hearing currently scheduled for July 29, 2024.

3. Defense counsel Rebecca Levy is also out of the jurisdiction until July 29, 2024, and thus, will be unable to prepare for the hearing at its current date and time.

4. The parties have filed a joint stipulation to continue the trial date in this matter for ninety days, which was granted on July 23, 2024. ECF No. 44. Trial in this matter is currently scheduled for December 16, 2024. *Id.*

5. The continuance is not sought for purposes of delay.

6. The defendant is in custody and agrees to the continuance.

Respectfully submitted this 23rd day of July, 2024.

| | |
|---|---|
| RENE VALLADARES | JASON M. FRIERSON |
| Federal Public Defender | United States Attorney |
| */s/ Aden Kahssai* | */s/ Jean N. Ripley* |
| ADEN KAHSSAI | JEAN N. RIPLEY |
| REBECCA LEVY | |
| Assistant Federal Public Defender | Assistant United States Attorney |
| *Counsel for Defendant Shove* | *Counsel for the United States* |

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>LEONARD JAMES SHOVE,<br><br>Defendant. | Case No. 2:23-cr-00195-CDS-BNW<br><br>**Order to Continue Suppression Hearing** |

Based on the stipulation of counsel, the Court finds that good cause exists to modify the date of the suppression hearing currently scheduled for July 29, 2024, for a period of no less than fourteen days.

IT IS FURTHER ORDERED that the suppression hearing currently scheduled for July 29, 2024, at 10:00 a.m., is continued until September 3, 2024 at 9:00 a.m. in Courtroom 3B.

DATED: July 24, 2024

_____
HONORABLE BRENDA WEKSLER
UNITED STATES MAGISTRATE JUDGE