JASON M. FRIERSON
United States Attorney
Nevada Bar Number 7709
JEAN N. RIPLEY
Assistant United States Attorney
United States Attorney's Office
501 South Las Vegas Blvd., Suite 1100
Las Vegas, Nevada 89101
Tel.: 702-388-6336
Jean.Ripley@usdoj.gov

*Attorneys for the United States*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:23-cr-00195-CDS-BNW |
| Plaintiff, | **STIPULATION TO GOVERNMENT'S EXHIBIT 1** |
| v. | |
| LEONARD JAMES SHOVE, | |
| Defendant. | |

Plaintiff United States of America, by and through its counsel, Jason M. Frierson, United States Attorney, and Jean N. Ripley, Assistant United States Attorney, and defendant Leonard James Shove, by and through his counsel, Rene L. Valladares, Federal Public Defender, and Aden Kahssai and Rebecca Levy, Assistant Federal Public Defenders, hereby knowingly and willingly stipulate to the following:

1. On May 13, 2024, the Court ordered an evidentiary hearing on defendant Leonard James Shove's Motion to Suppress. ECF No. 21. The evidentiary hearing is currently scheduled for September 26, 2024. ECF No. 48.

2. The search warrants and supporting documents bearing Bates number US-000008 through -000065 in this matter, and which comprise case number 2:23-mj-00542-

/ / /

/ / /

DKA, are admissible as Government's Exhibit 1 for purposes of the evidentiary hearing.

Respectfully submitted this 6th day of September 2024,

| | |
|---|---|
| RENE VALLADARES | JASON M. FRIERSON |
| Federal Public Defender | United States Attorney |
| /s/ Aden Kahssai | /s/ Jean N. Ripley |
| ADEN KAHSSAI<br>REBECCA LEVY<br>Assistant Federal Public Defenders | JEAN N. RIPLEY<br><br>Assistant United States Attorneys |
| *Counsel for Defendant Shove* | *Counsel for the United States* |

**IT IS SO ORDERED**

**DATED:** 9:41 am, September 10, 2024

**BRENDA WEKSLER**
**UNITED STATES MAGISTRATE JUDGE**