# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:23-cr-00195-CDS-BNW |
| Plaintiff, | **ORDER** |
| v. | |
| LEONARD JAMES SHOVE, | |
| Defendant. | |

**PRESENT:** The Honorable Brenda Weksler, United States Magistrate Judge

**RECORDER/TAPE #:** None

**COUNSEL FOR PLAINTIFF:** Daniel Schiess, Jean Ripley

**COUNSEL FOR DEFENDANT:** Rebecca Levy, Aden Kahssai

**MINUTE ORDER IN CHAMBERS:** On September 26, 2024 Judge Weksler conducted an evidentiary hearing. **IT IS SO ORDERED** that a transcript of the proceedings on September 26, 2024 be prepared for the Court by October 17, 2024.

DATED this 15th day of October 2024.

BRENDA WEKSLER
UNITED STATES MAGISTRATE JUDGE