UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| United States of America, | Case No. 2:23-cr-00195-CDS-BNW |
| Plaintiff | Order Granting Unopposed Motion for Entry of Preliminary Order of Forfeiture |
| v. | |
| Leonard James Shove, | [ECF No. 91] |
| Defendant | |

On June 16, 2025, after a one-day bench trial, defendant Leonard Shove was found guilty of counts one and two of the criminal indictment. Mins. of proceedings, ECF No. 85. The United States of America now moves for entry of its proposed preliminary order of forfeiture. Mot., ECF No. 91. Shove has not opposed this motion.

Accordingly, it is ordered that the government's motion **[ECF No. 91] is GRANTED**.

It is further ordered that Shove's interest in the dark purple Motorola G-Pure cellular phone, IMEI 357852522122954, is forfeited to the United States in accordance with 18 U.S.C. § 2253(a)(1) and § 2253(a)(3). A preliminary order of forfeiture will issue separately.

Dated: October 15, 2025

_____
Cristina D. Silva
United States District Judge