Rene L. Valladares
Federal Public Defender
Nevada State Bar No. 11479
Amy B. Cleary
Assistant Federal Public Defender
Nicholas Wolfram
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577
Amy_Cleary@fd.org
Nicholas_Wolfram@fd.org
Attorneys for Leonard Shove

# United States District Court

# District of Nevada

United States of America,

      Plaintiff,

  v.

Leonard Shove,

      Defendant.

Case No. 2:23-cr-00195-CDS-BNW

**Unopposed Motion for Copies of Non-Public Docket for Appellate Purposes**

Defendant Leonard Shove, through counsel, moves this Court for an order permitting the Clerk's office to provide copies of the non-public docket sheet to undersigned counsel and counsel for the government. The non-public docket is necessary for the parties to assemble and review Mr. Shove's record for his pending direct appeal to the Ninth Circuit. *United States v. Leonard Shove,* 9th Cir. No. 25-7263. The non-public docket sheet lists all sealed or restricted documents not viewable on the public docket sheet. From the public docket, counsel has identified several missing docket entries: Dkt. Nos. 3, 5, 7, 32, 34, 81–83.

Without the non-public docket sheet, the parties cannot determine the nature and relevance of the sealed or restricted documents for appeal. Review of the non-

public docket sheet will permit the parties to effectively determine which sealed or restricted documents need to be obtained and reviewed for direct appeal. If, after reviewing the non-public docket sheet, either party requires review of certain sealed or restricted documents, the party will request such items with specificity in a separate motion.

Access to the non-public docket is, therefore, necessary for counsel to provide constitutionally adequate representation for Mr. Shove and so the parties can accurately provide and cite to the record on appeal. *See* Fed. R. App. P. 10(a); 9th Cir. Rules 10-2(b), 28-2.8, and 30-1; *see also*, *e.g.*, *United States v. Knight*, No. 3:19-cr-00038-MMD-CLB, ECF No. 214 (D. Nev. Sept. 28, 2021) (granting unopposed motion for copy of non-public docket for appellate purposes).

For these reasons, undersigned counsel requests the Court order the Clerk's office to provide copies of the non-public docket sheet to undersigned counsel and counsel for the government. A proposed order is attached for the Court's convenience.

On April 1, 2026, the undersigned contacted counsel for the government, Appellate Chief Adam Flake, and the government does not oppose this motion.

Dated: April 1, 2026.                  Respectfully Submitted,

RENE L. VALLADARES
Federal Public Defender

By:  *s/ Amy B. Cleary*
Amy B. Cleary
Assistant Federal Public Defender

2

# United States District Court

## District of Nevada

United States of America,

        Plaintiff,

   v.

Leonard Shove,

        Defendant.

Case No/ 2:23-cr-00195-CDS-BNW

**Order Permitting Copies of Non-Public Docket for Appellate Purposes**

IT IS HEREBY ORDERED that the Clerk's Office provide copies of the complete, non-public docket sheet to counsel for Leonard Shove and counsel for the United States of America.

Dated:  April _2_, 2026.

_____
UNITED STATES MAGISTRATE JUDGE

3