Rene L. Valladares
Federal Public Defender
Nevada State Bar No. 11479
Amy B. Cleary
Assistant Federal Public Defender
Nicholas Wolfram
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577
Amy_Cleary@fd.org
Nicholas_Wolfram@fd.org
Attorneys for Leonard Shove

## United States District Court

## District of Nevada

| | |
|---|---|
| United States of America, | |
| Plaintiff, | Case No. 2:23-cr-00195-CDS-BNW |
| v. | |
| Leonard Shove, | **Unopposed Motion for Leave to Obtain Copy of Sealed Documents** |
| Defendant. | |

Defendant Leonard Shove, through counsel, moves this Court for an order permitting the Clerk's office to provide copies of the following sealed documents to undersigned counsel and counsel for the government:

1. Government's sealed exhibit to Response to Motion, ECF No. 32;

2. Government's sealed trial brief, ECF No. 81;

3. Government's exhibit list, ECF No. 82; and

4. Government's sealed witness list, ECF No. 83.

Mr. Shove was convicted of receipt and possession of child pornography following a bench trial. After sentencing and entry of the judgment of conviction, Mr. Shove filed a timely notice of appeal. ECF No. 102. The Ninth Circuit recently

granted Mr. Shove a 30-day extension of time to file his Opening Brief, which he requested, in part, to allow him time to obtain the sealed docket entries from this Court. *United States v. Shove,* No. 25-7263 (9th Cir.) (Dkts. 8, 9).

To permit undersigned counsel to properly review the entire trial record for appellate issues for Mr. Shove's bench trial, undersigned counsel requests that the Court order that copies of the above-identified documents be provided to defense counsel and government counsel. Should undersigned counsel determine any of these documents must be included in the excerpts of record for appeal, counsel will follow the Ninth Circuit's procedures for doing so.

The undersigned has contacted counsel for the government, Appellate Chief Adam Flake, who advised the government does not oppose this motion.

A proposed order is attached for the Court's convenience.

Dated: April 16, 2026.            Respectfully Submitted,

RENE L. VALLADARES
Federal Public Defender

By:  *s/ Amy B. Cleary*
Amy B. Cleary
Assistant Federal Public Defender

**United States District Court**

**District of Nevada**

| | |
|---|---|
| United States of America,<br><br>          Plaintiff,<br><br>     v.<br><br>Leonard Shove,<br><br>          Defendant. | Case No/ 2:23-cr-00195-CDS-BNW<br><br>**Order Permitting Copies of Sealed Documents for Appellate Purposes** |

IT IS HEREBY ORDERED that the Clerk's Office provide copies of the following to counsel for Defendant Leonard Shove and counsel for the United States of America:

1.   Government's sealed exhibit to Response to Motion, ECF No. 32;

2.   Government's sealed trial brief, ECF No. 81;

3.   Government's exhibit list, ECF No. 82; and

4.   Government's sealed witness list, ECF No. 83.

Dated:  April 17 , 2026.

_____
UNITED STATES MAGISTRATE JUDGE